In the Matter of the Claim of ANGELINA SORGE, Respondent, *v.* ALDEBARAN COMPANY et al., Appellants.

*Matter of Sorge* v. *Aldebaran Co.,* 171 App. Div. 959, affirmed.

(Argued April 12, 1916; decided May 2, 1916.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 22, 1915, which affirmed an award of the state workmen's compensation commission. The said commission found that the petitioner's husband,

while in the employ of defendant Aldebaran Company, fell into a cellar and received injuries causing his death. The only disputed question is as to whether the accident arose out of the employment as well as in the course of it.

*John N. Carlisle* and *Alfred W. Andrews* for appellants.

*Egburt E. Woodbury, Attorney-General (E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, HOGAN, SEABURY and POUND, JJ.